IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

JERRY FERGUSON

    **Plaintiff**

Vs.                                                                                           Case No.: CAL14-00706

WAL-MART STORES, INC.

    **Defendant**

## MEMORANDUM AND ORDER OF COURT

The court has read and considered the Motion to Transfer for Forum Non-Conveniens and the opposition. Since the plaintiff has requested a hearing, the court feels it should have a hearing on the motion. The court will set a hearing on this motion and may also hold a scheduling conference pursuant to Md. Rule 2-504.1 and address discovery issues.

**THEREFORE**, it is this 25th day of April, 2014 by the Circuit Court for Prince George's County, Maryland

**ORDERED**, that a hearing on the Motion to Transfer for Forum Non-Conveniens and other matters will be held before Judge Green on May 30, 2014 @ 9:00 am.

*/s/ Leo E. Green, Jr.*
Leo E. Green, Jr.
Civil Coordinating Judge

Copies mailed by Court to:

Mark A. Kohl, Esq.
mkohl@decarodoran.com

Eric F. Rosenberg, Esq.
erosenberg@rosenbnerg-fayne.com

*/s/ Lori Hester 4/25/14*
Lori Hester, Admin Aide to the
Honorable Leo E. Green, Jr.